DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES DANIEL SCOTT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2114

[October 24, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case Nos. 472007CF000846A, 472015CF000367B, 472016CF000159A, and 472016CF00762A.

Charles Daniel Scott, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***